**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Todd A. Taylor** | Social Security number or ITIN | **xxx–xx–8454** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Shona L. Taylor** | Social Security number or ITIN | **xxx–xx–0726** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **17–10300–TPA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Todd A. Taylor

Shona L. Taylor

<u>8/23/17</u>

**By the court:** <u>Thomas P. Agresti</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-10300-TPA
Todd A. Taylor                                                                  Chapter 7
Shona L. Taylor
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: admin          Page 1 of 2          Date Rcvd: Aug 23, 2017
                             Form ID: 318          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2017.
db/jdb         +Todd A. Taylor,   Shona L. Taylor,   PO Box 342,   Cochranton, PA 16314-0342
14390426        ACL,   PO Box 740631,   Cincinnati, OH 45274-0631
14390427        AES/PHEAA,   PO Box 61047,   Harrisburg, PA 17106-1047
14390429       +Anesthesia Consultants of Erie, Inc.,   PO Box 645262,   Pittsburgh, PA 15264-5250
14390431       ++CITIFINANCIAL,   BANKRUPTCY FORECLOSURE UNIT,   1000 TECHNOLOGY DRIVE,   OFALLON MO 63368-2239
                (address filed with court: Citi Financial,   300 Saint Paul PL,   Baltimore, MD 21202)
14390432        Dynamic Recovery Solutions,   PO Box 25759,   Greenville, SC 29616-0759
14390433       +Foundation Radiology Group,   75 Remittance Drive,   Dept 3310,   Chicago, IL 60675-3310
14390435       +Hatheway-Tedesco,   614 Baldwin St.,   Meadville, PA 16335-1611
14390436       +MAFCU,   300 Arch Street,   Meadville, PA 16335-3217
14390438       +Meadville Medical Center,   751 Liberty Street,   Meadville, PA 16335-2591
14390439        Nationstar Mortgage LLC,   8950 Cypress Waters Blvd.,   Irving, TX 75063
14390440       +Northwest Physicians Ass,   PO Box 6143,   Hermitage, PA 16148-0922
14390441       +OBGYN Associates of Erie,   100 Peach Street,   Suite 300,   Erie, PA 16507-1423
14394975       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14390442       +Renew Financial,   1005 Brookside Road,   Suite 200,   PO Box 3558,   Allentown, PA 18106-0558
14390443        St Vincent Institute,   3530 Peach Street LL1,   Erie, PA 16508-2768
14390446       +Trident Asset Management,   53 Perimeter Center East,   Suite 4,   Atlanta, GA 30346-2287
14390447       +Walgreens Specialty,   PO Box 7739,   Rochester, MN 55903-7739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: jmelaragno@iq7technology.com Aug 24 2017 01:36:19     John C. Melaragno, Trustee,
                502 West 7th Street,,   Erie, PA 16502-1333
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2017 01:34:00     Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
14390428       +EDI: GMACFS.COM Aug 24 2017 00:58:00     Ally Financial,   PO Box 380901,
                Minneapolis, MN 55438-0901
14390430       +E-mail/Text: bankruptcy@cavps.com Aug 24 2017 01:35:03     Cavalary Portfolio Services,
                500 Summit Lake Drive,   Suite 400,   Valhalla, NY 10595-2322
14390434       +E-mail/Text: slucas@for-cu.com Aug 24 2017 01:34:55     Franklin CU,   101 N. 13th Street,
                Franklin, PA 16323-2343
14390437       +E-mail/Text: egssupportservices@egscorp.com Aug 24 2017 01:34:53     Meadville Medical Center,
                c/o NCO Credit Services/51,   507 Prudential Road,   Horsham, PA 19044-2308
14390444       +E-mail/Text: bankruptcydepartment@tsico.com Aug 24 2017 01:35:56     Transworld Systems,
                PO Box 15273,   Wilmington, DE 19850-5273
                                                                                          TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14390445*      +Transworld Systems,   PO Box 15273,   Wilmington, DE 19850-5273
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                Signature:   /s/Joseph Speetjens



## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0315-1          User: admin              Page 2 of 2              Date Rcvd: Aug 23, 2017
                             Form ID: 318              Total Noticed: 25

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          John C. Melaragno, Trustee    johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          Kenneth M. Steinberg    on behalf of Debtor Todd A. Taylor julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
           ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Shona L. Taylor
           julie.steidl@steidl-steinberg.com,
           kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
           ;clivingston@steidl-steinberg.com;r53037@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                              TOTAL: 5